IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Clarence D Johnson Jr
vs

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Dept Energy Crimes
Bider Trump Obama
Queen Elizabeth United nations

(Enter above the full name of the defendant
or defendants in this action.)

FILED
MAR 03 2021
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit
            Plaintiffs: Clarence D Johnson

            Defendants: Queen Elizabeth United nations
            Angela Byrns FBI 513-421-4310

        2.  Court (if federal court, name the district; if state court, name the county):

        3.  Docket Number: See Angela Byrns FBI 513-421-4310
        4.  Name of judge to whom case was assigned: Cochran Law Firm 1-800-843-3476
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Judicial Trenson Bribery charges
        6.  Approximate date of filing lawsuit: 2014, 2013
        7.  Approximate date of disposition: same

-1-

Revised 4/18/08

II. Place of Present Confinement: ___None___

A. Is there a prisoner grievance procedure in the institution?  Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( ) No (✓)

C. If your answer is Yes:
  1. What steps did you take? _____
  2. What was the result? _____

D. If your answer is No, explain why not: ___Not a prisoner___

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff ___Clarence Johnson Jr.___
   Address ___3150 N. Racine Ave #219 Chicago Il 60657___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant ___Biden, Thurj) Obama___ is employed as ___White House / Queen Elizabeth___
   at ___Canadian Govt___

C. Additional Defendants: ___Vice President Kamala Harris White House___

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

___Judicial Kidnappings___
___Crimes of The hs___
___Murder, Child Trafficking___
___etc___
___Foreign Policy___

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    Prisoner + property Seizure
    Hearing + Trials
    Fugitives of law

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __2__ day of __20__, 20 __21__.

_____
(Signature of Plaintiff/Plaintiffs)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Clarance D Johnson Jr
vs

_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Dex y P Nehemiah Htsconstruction
Craigslist owner Amazon owner
Loopy Page Google owner
Russian President Vladmin Putin
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using
       the same outline.)

       1. Parties to this previous lawsuit
          Plaintiffs: _____Clarance D Johnson_____

          Defendants: __Queen Elizabeth United nations__
          __Angela Byrns FBI 513-421-4310__

       2. Court (if federal court, name the district; if state court, name the county): _____

       3. Docket Number: __See Angela Byrns FBI 513-421-4310__
       4. Name of judge to whom case was assigned: Cochran Law Firm 1-800-843-3476
       5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?) __Judicial Trenson Bribery Lawsuits__
       6. Approximate date of filing lawsuit: __2014, 2013__

       7. Approximate date of disposition: __same__

-1-                                                                        Revised 4/18/08

II.   Place of Present Confinement: _____ None _____
      A. Is there a prisoner grievance procedure in the institution?
                                                              Yes ( )   No (X)
      B. Did you present the facts relating to your complaint in the state prisoner grievance
          procedure?                                                                    Yes ( )   No (X)
      C. If your answer is Yes:
          1. What steps did you take? _____

          2. What was the result? _____

      D. If your answer is No, explain why not: ___ Not a prisoner ___

III.  Parties
      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any.)
      A. Name of Plaintiff ___ Clarence Johnson Jr. ___
          Address ___ 3150 N. Racine Ave #219 Chicago IL 60657 ___
      (In item B below, place the full name of the defendant in the first blank, his official
      position in the second blank, and his and his place of employment in the third blank.
      Use Item C for the names, positions, and places of employment of an additional
      defendants.)
      B. Defendant ___ Biden, Tlvn J Obama ___ is employed as
          ___ White House / Queen Elizabeth ___
          at ___ Canadian South ___

      C. Additional Defendants: ___ Vice President ___
          ___ Kamala Harris ___
          ___ White House ___

IV.   Statement of Claim

      State here as briefly as possible the facts of your case. Describe how each defendant is
      involved. Include also the names of other persons involved, dates, and places. Do not
      give any legal arguments or cite any cases or statutes. If you intend to allege a number of
      related claims, number and set forth each claim in a separate paragraph. Use as much
      space as you need. Attach extra sheet if necessary.

      ___ Judicial Kidnappings ___
      ___ Crimes of Trichs ___
      ___ Murder, Child Trafficking ___
      ___ etc ___
      ___ Foreign Policy ___

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Prisoner & property Seizure

Hearing & Trials

Fugitives of law

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __2__ day of __20__, 20 _21_.

_____
(Signature of Plaintiff/Plaintiffs)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Clarence D Johnson Jr
vs

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

Covid 19     vs. CDC Crimes
Illinois Child Familys
Biden Trump Obama
United nations Queen Elizobeth

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using
      the same outline.)

   1. Parties to this previous lawsuit
      Plaintiffs:  Clarence D Johnson

      Defendants: Queen Elizabeth United nations
                  Angela Byrns FBI 513-421-4310

   2. Court (if federal court, name the district; if state court, name the county):

   3. Docket Number: See Angela Byrns FBI 513-421-4310
   4. Name of judge to whom case was assigned: Cochran Law Firm 1-500-843
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still    -3476
      pending?)
           Judicial Thompson Bribery Lawyrs
   6. Approximate date of filing lawsuit: 2014, 2013
   7. Approximate date of disposition: Same

-1-                                                              Revised 4/18/08

II. Place of Present Confinement: _____None_____

A. Is there a prisoner grievance procedure in the institution?
Yes ( )  No (✗)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (✗)

C. If your answer is Yes:
   1. What steps did you take? _____
   2. What was the result? _____

D. If your answer is No, explain why not: __Not A prisoner__

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __Clarence Johnson Jr__
   Address __3150 N Rockwell Ave #219 Chicago IL 60651__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant __Biden, Trump, Obama__ is employed as __White House__, __Queen Elizabeth__
   at __Cardinal Court__

C. Additional Defendants: __Vice President Kamala Harris, White House__

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

__Judicial Kidnappings__
__Crimes of The USA__
__Murder, Child Trafficking__
__etc__
__Foreign Policy__

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Prisoner & property Seizure

Hearing & Trials

Fugitives of law

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this ⟶2⟵ day of ⟶2-0⟵, 20 21.

_____
(Signature of Plaintiff/Plaintiffs)

-3-                                                                                          Revised 4/18/08

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Clarence D Johnson Jr
vs

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

Covid 19         vs. CDC Crimes
Duke University Hospital Nc
2301 Erwin RD Durham NC
27710 Duke Energy Cincinnati FBI
(Enter above the full name of the defendant
or defendants in this action.)  Angela Byers
513-421-4310

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts
     involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using
     the same outline.)

     1. Parties to this previous lawsuit
        Plaintiffs:  Clarence D Johnson

        Defendants:  Queen Elizabeth United nations
                     Angela Byrns FBI 513-421-4310

     2. Court (if federal court, name the district; if state court, name the county):

     3. Docket Number:  See Angela Byrns FBI 513-421-4310
     4. Name of judge to whom case was assigned: Cochran Law Firm 1-800-843-3476
     5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
        pending?)
                     Judicial Trenson Bribery charges
     6. Approximate date of filing lawsuit: 2014, 2013

     7. Approximate date of disposition:  Same

-1-

II. Place of Present Confinement: __None__
   A. Is there a prisoner grievance procedure in the institution?
   Yes ( )  No (X)
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )  No (X)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: __Not a prisoner__

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff __Clarence Johnson Jr__
      Address __3150 N. Racine Ave #219 Chicago IL 60657__

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant __Biden, (Jr.) Obama__ is employed as __White House / Queen Elizabeth__ at __Cardinal South__

   C. Additional Defendants: __Vice President Kamala Harris White House__

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   __Judicial Kidnappings__
   __Crimes of Treason__
   __Murder, Child Trafficking__
   __etc__
   __Foreign Policy__

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Prisoner + property Seizure

Hearing + Trials

Fugitives of law

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this ___2___ day of _____2-0_____, 20_21_.

_____
(Signature of Plaintiff/Plaintiffs)