# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CLARENCE JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01037-STA-jay |
| ) | |
| DEPARTMENT OF ENERGY ) | |
| CRIMES ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation that Plaintiff's Complaint be dismissed. (ECF No. 19.) The Magistrate Judge submitted his Report and Recommendation on January 18, 2022. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due no later than February 4, 2022. Giving Plaintiff the benefit of the additional three days allowed under Rule 6(d), Plaintiff's objections were due at the latest by February 7, 2022. To date, Plaintiff has filed no objections to the Magistrate Judge's Report.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report. Accordingly, the above-entitled matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2) and Fed. R. Civ. P 12(b)(1).

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON

2

CHIEF UNITED STATES DISTRICT JUDGE

Date:  February 8, 2022.